Form a0n5matx

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Maria Antonette Channels

          Debtor(s)

SSN/TAX ID:
     xxx−xx−1571

Case No.: 2:10−bk−58556

Chapter: 7

Judge: C. Kathryn Preston

**Notice of Deficient Filing,**
**Order Setting 7 Day Deadline for Compliance**
**or Presentation to Bankruptcy Judge**

The above−captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 521(1), Fed. R. Bankr. P. 1007 and/or Local Bankruptcy Rules 1007, 1015, and 5005−4. The missing documents are:

☐ Creditor's matrix or mailing list of creditors and other parties in interest

☐ Verification of creditor's matrix or mailing list

☑ Creditor matrix or mailing list uploaded in **.txt** file in the manner set forth in Tab 5, CM/ECF User's Reference Manual.

The deadline for filing the required document(s) is **SEVEN (7)** days from the date of this Notice and Order. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: July 20, 2010

**/s/ BY THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0648-2          User: rosanop          Page 1 of 1          Date Rcvd: Jul 20, 2010
Case: 10-58556                Form ID: a0n5matx      Total Noticed: 1
```

```
The following entities were noticed by first class mail on Jul 22, 2010.
db          +Maria Antonette Channels,   5679 Baldoyle Way,   Canal Winchester, OH 43110-7946
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**               **Signature:**