Form a7ogrfee

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215–2414

In Re: Maria Antonette Channels

Debtor(s)

SSN/TAX ID:
xxx–xx–1571

Case No.: 2:10–bk–58556

Chapter: 7

Judge: C. Kathryn Preston

### Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Dated: August 11, 2010

_____
C. Kathryn Preston
United States Bankruptcy Judge